**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| BRAD BUMGARDNER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF GASTONIA, <br><br> Defendant. | Civil Action No. 3:25-cv-00302 <br><br> **Plaintiff's (On behalf of himself and all others similarly situated) Partial Motion for Summary Judgment** |

NOW COME Plaintiff Brad Bumgardner, on behalf of himself and others (Plaintiff), by and through the undersigned counsel pursuant to Federal Rule of Civil Procedure 56, hereby move this Court for an Order granting partial summary judgment in favor of Plaintiff in relation to his claims for violations of GINA, 42 U.S.C § 2000f-1(b) (Claims 1-2) [Doc. 1].[1] At the time of filing, the Court has not yet ruled on the parties Joint Motion for the Extension of Time to Complete Phase One (I) Discovery, mediate take expert depositions  and file dispositive motions filed on March 26, 2026. [Doc. 15]. Pursuant to that joint motion, if granted, the dispositive motion deadline would then be June 19, 2026. *Id.* This Partial Motion for Summary Judgment is being filed as that joint motion is pending, and this Partial Motion for Summary Judgment is subject to supplementation or amendment following the Court's ruling on that motion. [Doc. 15].

---

[11] Plaintiff is not moving for summary judgment on Claim 3 related to violations of the Americans with Disabilities Act.

In support of this Partial Motion for Summary Judgment, Plaintiff contend that the undisputed facts require the entry of judgment as a matter of law in favor of Plaintiff on Claims 1-2 (Violations of GINA) for the following reasons:

1. Defendant or their agents, conducted additional detailed inquiries into the family medical history of employees during the in-person medical examinations, which included soliciting information regarding cancer history, heart history, and blood pressure history regarding family members.

2. The request for Defendant's employee's family medical history is a *per se* violation of GINA. 42 U.S.C § 2000f-1(b).

3. The requiring of employees to fully complete the questionnaire including family medical history is a *per se* violation of GINA as well. 42 U.S.C § 2000f-1(b).

4. On June 7, 2022, Bumgardner and many other employees of the City were contacted by Stephanie Welch via email. In the email she attached the schedule for annual physicals and attached the medical questionnaire for completion. [Doc. 1, Ex. 1].

5. The medical questionnaire required information be provided by Plaintiff that he provide Genetic information in violation of GINA, 42 U.S.C. §2000ff-1(a). [Doc. 1, Ex 1].

6. The medical questionnaire required information from the Plaintiff about the manifestation of disease and disorder of family members, as defined by, and in violation of GINA, 42 U.S.C. § 2000ff (4).

7. The medical questionnaire requested and required Genetic Information as defined by GINA of Plaintiff's family members in violation of GINA, 4242 U.S.C. § 2000ff.

8. The schedule attached to this specific email shows in excess of fifty (50) police officers or employees to whom the medical questionnaire had been sent and who were scheduled for a physical. [Doc. 1, Ex. 1].

Defendant's request for genetic information was not inadvertent and was required as a part of Plaintiff and class members employment.

9. The undisputed facts and documentation provide per se violations of GINA, and entitle Plaintiff to partial summary judgement on his GINA Claims (Claims 1-2, Doc. 1)).

WHEREFORE, Defendant respectfully request this Court grant their motion for partial Summary Judgment on Claims 1-2.

Respectfully submitted this the 20th day of May, 2026.

<div style="margin-left: 40%;">

**ELLIOT MORGAN PARSONAGE, PLLC**

BY:*/s/ Daniel C. Lyon*
DANIEL C. LYON
N. C. State Bar No. 43828
Elliot Morgan Parsonage, PLLC
300 E. Kingston Ave., Suite 200
Charlotte, NC 28203
Phone: 704-707-3705
dlyon@emplawfirm.com

*Counsel for Plaintiff*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed the foregoing ***PLAINTIFF'S (ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED) PARTIAL MOTION FOR SUMMARY JUDGMENT*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

**CRANFILL SUMNER LLP**
Patrick H. Flanagan
*Attorney for Defendant*
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com

**ELLIOT MORGAN PARSONAGE, PLLC**

BY:*/s/ Daniel C. Lyon*
DANIEL C. LYON
N. C. State Bar No. 43828
Elliot Morgan Parsonage, PLLC
300 E. Kingston Ave., Suite 200
Phone: 704-707-3705
dlyon@emplawfirm.com

*Counsel for Plaintiff*