**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Civil Action: 3:25-cv-302-MOC-SCR**

| | | |
|---|---|---|
| **BRAD BUMGARDNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **PLAINTIFF'S MOTION FOR** |
| | ) | **CLARIFICATION OF** |
| **CITY OF GASTONIA,** | ) | **RESPONSE TIME TO** |
| | ) | **SUMMARY JUDGMENT** |
| **Defendant.** | ) | **MOTIONS** |
| | ) | |
| | ) | |
| | ) | |

_____

Plaintiff, through counsel, hereby requests clarification regarding the timelines for briefing of dispositive motion based on the Court's May 29, 2026, Order. [Doc. 21]. In support of this motion, Plaintiff states the following:

1. On May 20. 2026, Defendant filed their Motion for Summary Judgment [Doc 19] and accompanying exhibits and memorandum. [Doc. 19- 1-2].

2. On the same date, Plaintiff filed their Partial Motion for Summary judgment, supporting memorandum, and exhibits. Plaintiff's filings referenced a pending joint motion for extension of discovery and dispositive deadlines. [Doc. 20].

3. The respective response date for the motions for summary judgment were calendared as June 3rd, 2026.

1

4. At the time, the Court had yet to rule on the Joint Motion for Extension of time of Scheduling Deadlines. [Doc. 15] filed on March 26, 2026.

5. On May 29, 2026, the Court entered the Pretrial Order and Case Management Plan, making discovery completion June 15, 2026, and supplemental dispositive motion filings due July 15, 2026, along with changing other deadlines for mediation and expert depositions. [Doc. 21].

6. The new discovery deadline (June 15, 2026) for Phase 1 is now after the original response deadline for the respective parties summary judgment motions of June 3rd, 2026, generated from the parties May 20, 2026, summary judgment filings.

7. The new deadline for supplemental dispositive motion filings is now July 15, 2026. [Doc. 21].

8. The May 29, 2026, Pre-trial Order and case management plan does not specifically address the re-set of the briefing deadlines from the May 20, 2026, filings despite extending discovery and dispositive motion deadlines past the June 3, 2026, date and setting the supplemental filing deadline on July 15, 2026. [Doc. 21].

WHEREFORE, Plaintiff hereby respectfully requests clarification as it relates to the May 29, 2026 Order and Case Management Plan. [Doc. 21].

This the 3rd  day of June, 2026.

<div style="margin-left:50%">

*/s/Daniel C. Lyon*
Daniel C. Lyon
 N.C. State Bar No. 43828
ELLIOT MORGAN PARSONAGE PLLC
300 E. Kingston Avenue
Suite 200
Charlotte, NC 28203
Telephone: (704) 707-3705
 Facsimile: (336) 724-3335
Email: dlyon@emplawfirm.com

*Counsel for Plaintiff*

</div>

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3rd, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

all counsel of record.

/s/Daniel C. Lyon
Daniel C. Lyon
N.C. State Bar No. 43828
ELLIOT MORGAN PARSONAGE PLLC
300 E. Kingston Avenue
Suite 200
Charlotte, NC 28203
Telephone: (704) 707-3705
Facsimile: (336) 724-3335
Email: dlyon@emplawfirm.com

*Counsel for Plaintiff*

4