UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
WDNC Civil Action No. 3:25-cv-00302-SC-UMJ

| | | |
|---|---|---|
| BRAD BUMGARDNER, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S NOTICE OF INTENT** |
| v. | ) | **NOT TO REPLY** |
| | ) | |
| CITY OF GASTONIA, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Defendant, City of Gastonia, by and through undersigned counsel, and hereby gives notice that Defendant does not intend to Reply to Plaintiff's Initial Response [Doc. 24] in Opposition to Defendant's Motion for Summary Judgment.

This the 8th day of June 2026.

**CRANFILL SUMNER LLP**

BY: /s/ *Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
Attorney for Defendant
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S NOTICE OF INTENT NOT TO REPLY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Daniel C. Lyon
300 E. Kingston Ave., Ste. 200
Charlotte, NC 28203
dlyon@emplawfirm.com
*Attorneys for Plaintiff*

This the 8th day of June 2026.

**CRANFILL SUMNER LLP**

BY:   /s/Patrick H. Flanagan
       Patrick H. Flanagan, NC Bar #17407
       *Attorneys for Defendant*
       P.O. Box 30787
       Charlotte, NC 28230
       Telephone (704) 332-8300
       Facsimile (704) 332-9994
       phf@cshlaw.com

2

4935-6447-4803, v. 1