| | |
|---|---|
| BRAD BUMGARDNER, on behalf of himself and all others similarly situated, <br><br>      Plaintiff, <br><br>   v. <br><br> CITY OF GASTONIA, <br><br>      Defendant. | Civil Action No. 3:25-cv-00302 <br><br> **Plaintiff's (On behalf of himself and all others similarly situated) Supplemental Motion for Partial Summary Judgment** |

NOW COME Plaintiff Brad Bumgardner, on behalf of himself and others (Plaintiff), by and through the undersigned counsel pursuant to Federal Rule of Civil Procedure 56, hereby move this Court for an Order granting Summary Judgment in favor of Plaintiff in relation to his claims for violations of GINA, 42 U.S.C § 2000f-1(b) (Claims 1-2) [Doc. 1].[1]

In support of this Motion for Summary Judgment, Plaintiff contends that the undisputed facts require the entry of judgment as a matter of law in favor of Plaintiff on Claims 1-2 (Violations of GINA) for the following reasons:

1.     Defendant or their agents, conducted additional detailed inquiries into the family medical history of employees during the in-person medical examinations, which included soliciting information regarding cancer history, heart history, and blood pressure history regarding family members.

---

[1] Plaintiff is not moving for summary judgment on Claim 3 related to violations of the Americans with Disabilities Act

2. The request for Defendant's employee's family medical history is a violation of GINA. 42 U.S.C § 2000f-1(b).

3. The requiring of employees to fully complete the questionnaire including family medical history is a violation of GINA as well. 42 U.S.C § 2000f-1(b).

4. On June 7, 2022, Bumgardner and many other employees of the City were contacted by Stephanie Welch via email. In the email she attached the schedule for annual physicals and attached the medical questionnaire for completion. [Ex. 2; Doc. 1].

5. The medical questionnaire required information be provided by Plaintiff that he provide Genetic information in violation of GINA, 42 U.S.C. §2000ff-1(a). [Ex. 2; Doc. 1].

6. The medical questionnaire required information from the Plaintiff about the manifestation of disease and disorder of family members, as defined by, and in violation of GINA, 42 U.S.C. § 2000ff (4).

7. The medical questionnaire requested and required Genetic Information as defined by GINA of Plaintiff's family members in violation of GINA, 4242 U.S.C. § 2000ff.

8. The schedule attached to this specific email shows in excess of fifty (50) police officers or employees to whom the medical questionnaire had been sent and who were scheduled for a physical. [Ex. 2; Doc. 1].

9. Defendant's request for genetic information was not inadvertent and was required as a part of Plaintiff's employment and those similarly situated.

10. The undisputed facts and documentation provide violations of GINA, and entitle Plaintiff to partial summary judgement on his GINA Claims (Claims 1-2, Doc. 1)).

WHEREFORE, Defendant respectfully request this Court grant their motion for partial Summary Judgment on Claims 1-2.

Respectfully submitted this the 15th day of July, 2026.

*/s/ Daniel C. Lyon*
Daniel C. Lyon
N. C. State Bar No. 43828
Elliot Morgan Parsonage, PLLC
300 E. Kingston Ave.
Suite 200
Phone: 704-707-3705
Email: dlyon@emplawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing ***PLAINTIFF'S (ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED) MOTION FOR SUMMARY JUDGMENT*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

**CRANFILL SUMNER LLP**

Patrick H. Flanagan
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
Email: phf@cshlaw.com

*Attorney for Defendant*

/s/ Daniel C. Lyon
Daniel C. Lyon
N. C. State Bar No. 43828
Elliot Morgan Parsonage, PLLC
300 E. Kingston Ave.
Suite 200
Phone: 704-707-3705
Email: dlyon@emplawfirm.com

*Attorney for Plaintiff*