**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO. 3:25-cv-00302**

|  |  |  |
|---|---|---|
| **BRAD BUMGARDNER, on behalf of himself and all others similarly situated,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **PLAINTIFF'S SUPPLEMENTAL NOTICE OF EXHIBITS FOR PARTIAL SUMMARY JUDGMENT** |
| **v.** | ) ) | |
| **CITY OF GASTONIA.** | ) ) ) | |
| **Defendant.** | ) | |

| PX# | DOCUMENTS | Doc # or Description |
|---|---|---|
| **1.** | Plaintiff's Declaration | |
| **2.** | Complaint | Doc. 1 |
| **3.** | Exhibit 1 to Complaint | Doc. 1-1 |
| **4.** | Defendant's Responses to Plaintiff's First Set of Request for Admissions dated 01/06/2026 | |
| **5.** | Defendant's Responses to Plaintiff's Second Set of Request for Admissions dated 03/19/2026 | |
| **6.** | Contract between Defendant and Atrium Health, Inc. | |
| **7.** | 07/31/2024 EEOC Letter of Determination | |

**The undersigned, Daniel C. Lyon, certifies the following:**

1.     Plaintiff's Exhibits 3-4 are true copies of discovery responses received in discovery in this action.

This the 15th day of July, 2026.

/s/ Daniel C. Lyon
Daniel C. Lyon
N.C. Bar No. 43828
Elliot Morgan Parsonage, PLLC 300
E. Kingston Ave.
Suite 200
Charlotte, North Carolina 28203
Direct: (704) 635-6824
Telephone: (704) 707-3705
Email: dlyon@emplawfirm.com

*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Counsel of Defendant.

**<u>Addressee</u>:**

Patrick Flanagan
Attorney for Defendant
PO Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Email: phf@cshlaw.com

*Attorney for Defendant*

*/s/ Daniel C. Lyon*
Daniel C. Lyon
N.C. Bar No. 43828
Elliot Morgan Parsonage, PLLC 300
E. Kingston Ave.
Suite 200
Charlotte, North Carolina 28203
Direct: (704) 635-6824
Telephone: (704) 707-3705 Email:
dlyon@emplawfirm.com

*Attorney for Plaintiff*