UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
WDNC Civil Action No. 3:25-cv-00302-SCR-UMJ

| | | |
|---|---|---|
| BRAD BUMGARDNER, | ) | |
| | ) | **DEFENDANT CITY OF GASTONIA'S** |
| Plaintiff, | ) | **SUPPLEMENTAL MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| v. | ) | |
| | ) | |
| CITY OF GASTONIA, | ) | **Fed. R. Civ. Pro. 56** |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant City of Gastonia, by and through undersigned counsel, and respectfully submits this Supplemental Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7.1, for an order granting summary judgment in Defendant's favor and dismissing all of Plaintiff's claims with prejudice. Defendant City of Gastonia respectfully contends that the pleadings, declaration testimony, and exhibits relied upon by Defendant establish that there is no genuine issue of material fact and that Defendant is entitled to judgment as a matter of law.

The grounds for Defendant's Supplemental Motion for Summary Judgment are explained in further detail in the accompanying Supplemental Memorandum of Law.

WHEREFORE, Defendant City of Gastonia requests that the Court enter Summary Judgment on behalf of the Defendant as to all of Plaintiff's claims.

Respectfully submitted, this the 15th day of July, 2026.

                              CRANFILL SUMNER LLP

                              BY:    */s/ Stephanie H. Webster*
                              Stephanie H. Webster, NC Bar No. 12164
                              Patrick H. Flanagan, NC State Bar No. 17407
                              *Attorneys for Defendants*
                              Post Office Box 30787
                              Charlotte, North Carolina 28230
                              Telephone:  (704) 332-8300
                              Fax:  (704) 332-9994
                              swebster@cshlaw.com
                              phf@cshlaw.com

2

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day electronically filed the foregoing **DEFENDANT CITY OF GASTONIA'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

> Daniel C. Lyon
> 300 E. Kingston Ave., Ste. 200
> Charlotte, NC 28203
> dlyon@emplawfirm.com
> *Attorneys for Plaintiff*

This the 15th day of July, 2026.

CRANFILL SUMNER LLP

BY:     */s/ Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
*Attorneys for Defendants*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone:  (704) 332-8300
Fax:  (704) 332-9994

3