UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
WDNC Civil Action No. 3:25-cv-00302-SCR-UMJ

| | | |
|---|---|---|
| BRAD BUMGARDNER, | ) | **DEFENDANT CITY OF GASTONIA'S NOTICE OF ERRATA REGARDING DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| CITY OF GASTONIA, | ) | |
| Defendants. | ) | **Fed. R. Civ. Pro. 56** |

COMES NOW Defendant City of Gastonia, by and through undersigned counsel, and respectfully submits this Notice of Errata regarding Defendant's Response in Opposition [Doc. 35] to Plaintiff's Supplemental Partial Motion for Summary Judgment. [Doc. 29]. In support of the requested errata, Defendant respectfully submits the following.

In Section III.A. of Defendant's Response in Opposition, titled "Plaintiff's Unfiled Declaration and Exhibits Cited in Support of Factual Assertions," Defendant stated that Plaintiff had not filed Plaintiff's Declaration and certain exhibits referenced in Plaintiff's Supplemental Memorandum in Support of Partial Summary Judgment. Following a courteous telephone call from Plaintiff's counsel and further review of the record, Defendant determined that Plaintiff's supporting Declaration and exhibits had, in fact, been filed with the Court on July 15, 2026 and were unintentionally overlooked by undersigned counsel.

Accordingly, Defendant withdraws the following statement in Doc. 35, Section III.A., page 4: "However, contrary to Local Civil Rule 7.1(c) and (c)(3), Plaintiff did not

file Plaintiff's Declaration (or any other exhibits relied upon by Plaintiff that have not been previously placed in the record including Plaintiff's exhibits 1, 4, 5, 6, and 7)." *Id.* Defendant likewise withdraws the related request that the Court disregard factual assertions on the ground that the Declaration and referenced exhibits were not part of the record. *Id.*

This request for errata does not affect the posture of the case, the pending cross-motions for summary judgment, or the parties' briefing obligations. The parties' reply briefs remain due on August 5, 2026, and Defendant's substantive arguments and requested relief are unchanged by the requested errata. Accordingly, Defendant submits that no modification of the current Pretrial Order and Case Management Plan [Doc. 21] is required.

Defendant apologizes to the Court and Plaintiff's counsel for this oversight and respectfully requests that the Court consider this Notice of Errata together with Defendant's previously filed briefing including summary judgment and supplemental summary judgment briefing.

WHEREFORE, Defendant City of Gastonia requests that the Court enter Defendant's request for errata regarding Document 35, Section III.A on the record.

Respectfully submitted, this the 3rd day of August, 2026.

**CRANFILL SUMNER LLP**

BY:   */s/ Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
*Attorneys for Defendants*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone:  (704) 332-8300
swebster@cshlaw.com

2

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day electronically filed the foregoing **DEFENDANT CITY OF GASTONIA'S NOTICE OF ERRATA REGARDING DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send electronic notification of the filing to the following:

> Daniel C. Lyon
> 300 E. Kingston Ave., Ste. 200
> Charlotte, NC 28203
> dlyon@emplawfirm.com
> *Attorneys for Plaintiff*

This the 3rd day of August, 2026.

**CRANFILL SUMNER LLP**

BY:     */s/ Stephanie H. Webster*
Stephanie H. Webster, NC Bar No. 12164
*Attorneys for Defendants*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone:  (704) 332-8300
Fax:  (704) 332-9994

3